**DOMESTIC FABRICS COR-PORATION, Plaintiff-Cross Appellant,**

v.

**SEARS, ROEBUCK & CO., Defendant–Appellant.**

No. 04–1051, 04–1095, 04–1549.

United States Court of Appeals, Federal Circuit.

Feb. 25, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).

**ADE CORPORATION, Plaintiff–Appellant,**

v.

**KLA–TENCOR CORPORATION, Defendant–Appellee.**

No. 04–1270.

United States Court of Appeals, Federal Circuit.

Feb. 25, 2005.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DIS-MISSED under Fed. R.App. P. 42(b).